966

No. 388, Misc. ROBERTS *v.* PEPERSACK, WARDEN. Court of Appeals of Maryland. Certiorari denied.

No. 390, Misc. MILLER *v.* RHAY, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.

No. 391, Misc. KENNEDY *v.* MARTIN, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 393, Misc. JEDWABNY ET AL. *v.* PHILADELPHIA TRANSPORTATION CO. ET AL. Supreme Court of Pennsylvania, Eastern District. Certiorari denied. *Herman Moskowitz* for petitioners.

No. 395, Misc. PAPAGNI *v.* HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 396, Misc. RICE *v.* PEPERSACK, WARDEN. Court of Appeals of Maryland. Certiorari denied.

No. 398, Misc. DOBSON *v.* WARDEN, MARYLAND PENITENTIARY. Court of Appeals of Maryland. Certiorari denied.

No. 399, Misc. POLLINO *v.* NEW YORK. County Court of Bronx County, New York. Certiorari denied.

No. 400, Misc. HAINES *v.* RANDOLPH, WARDEN, ET AL. Circuit Court of Randolph County, Illinois. Certiorari denied.

No. 401, Misc. MARTIN *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.